# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED** JUL 11 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY \_\_\_\_ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. Tobias Bustos-Amador Defendant. | CASE NO. 18-cr-2952-JAH-1 <br><br> **JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice;

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_x_ of the offense as charged in the Information:

8:1326(a)- Removed Aliens Found in the United States.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/9/18

John A. Houston
U.S. District Judge